# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/2/2016                                                                 Case Number 2:16-cv-01775
Case Style: Johns vs. Eastman Chemical Company
Type of hearing Scheduling Conference
Before the honorable: 2508-Copenhaver
Court Reporter                                                                 Courtroom Deputy
Attorney(s) for the Plaintiff or Government Anthony Majestro


Attorney(s) for the Defendant(s) Robert Massie, Marc Williams


Law Clerk Jonah Fabricant                                                      Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

11:01     to 11:12
Total Court Time: 0 Hours 11 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

START - 11:01

The court held a scheduling conference with counsel for the parties. Counsel agreed to submit proposed orders covering discovery issues, including attorney-client privilege and treatment of confidential documents.

STOP - 11:12